IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PRO-FAB, LLC                                                                                    PLAINTIFF

v.                                          Case No. 4:20-cv-4002

MCCABE'S MECHANICAL
SERVICE, INC.                                                                                 DEFENDANTS

## ORDER

Before the Court is a Joint Stipulation of Dismissal with Prejudice. ECF No. 37. The parties state that they have reached a settlement and stipulate that Plaintiff's complaint should be dismissed with prejudice. The parties further stipulate that "[e]ach party shall be liable for their own costs and attorney's fees, except as provided in the settlement." ECF No. 37. Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 28th day of May, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge